No. 406. ALLEN *v.* ILLINOIS.

No. 448. GENDUSA *v.* LOUISIANA.

October 23, 1939. *Per Curiam:* The appeals are dismissed for want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeals were allowed as petitions for writs of certiorari, as required by § 237 (c) of the Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. The motions for leave to proceed further *in forma pauperis* are also denied. *Mr. Wm. Scott Stewart* for appellant in No. 406. *Mr. M. C. Scharff* for appellant in No. 448. No appearance for appellees. Reported below: No. 406, 368 Ill. 368; 14 N. E. 2d 397; and No. 448, 193 La. 59; 190 So. 332.

No. —, original. EX PARTE LOUIS MARTINI. October 23, 1939. Motion for leave to file petition for writ of habeas corpus denied.